IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GERALD WILLIAM REN QUICK | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv130 |
| TERESA MILNER | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Gerald William Ren Quick, through counsel, filed the above-styled petition for writ of habeas corpus. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that two motions for default judgment filed by petitioner be denied. The recommendation was based on two reasons: (1) authorities establishing default judgments were not appropriate in habeas cases and (2) Rule 5(a) of the Rules Governing Section 2254 Cases in the United States District Courts, which provides that the respondent is not required to answer a petition until ordered by the court. No such order has been entered in this matter.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Petitioner filed objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the Court is of the opinion the objections are without merit. Petitioner asserts the respondent has been properly served. However, he does not address the reasons for denying the motions set forth in the Report and Recommendation.

### ORDER

Accordingly, petitioner's objections [Dkt. 11] are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt.

10] is **ACCEPTED**.  The motions for default judgment [Dkt. 6 and Dkt. 7] are **DENIED**.

**SIGNED this 9th day of June, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge